IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ENRIQUE ESCOBAR

        Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,
et al.

        Defendant.

No. 19-cv-00911

Judge Rebecca B. Pallmeyer

## UNOPPOSED/AGREED MOTION FOR EXTENSION OF TIME
## TO FILE A RESPONSIVE PLEADING

Defendants Avant, Inc. d/b/a AvantCredit, Avant, LLC d/b/a AvantCredit, AvantCredit of

Texas, LLC, d/b/a AvantCredit; and Avant of Illinois, LLC d/b/a AvantCredit (collectively,

"Avant"), for its unopposed motion for extension of time to file a responsive pleading, states as

follows:

1.      On May 7, 2019, plaintiff Enrique Escobar filed his amended federal complaint

adding Avant as a new defendant to this matter. *See* DE 18.

4.      Avant's responsive pleading is currently due July 19, 2019 (per Fed. R. Civ. P.

15(a)(3)).

5.      Avant requests an extension of time to file its responsive pleading, up to and

including August 19, 2019.

6.      Plaintiff and Avant have reached a settlement agreement in principle, that remains

subject to further discussion regarding certain terms and execution of a written settlement

agreement.

1

7. This request is not sought for undue delay or a vexatious purpose. The parties are hopeful that the additional time will result in a final settlement as to any matters between Plaintiff and Avant.

7. Counsel for Avant has conferred with counsel for Plaintiff, James C. Vlahakis, Esq., who indicated that Plaintiff does not oppose (and agrees to/with) this Motion.

WHEREFORE, Avant respectfully requests an Order granting it until August 19, 2019, to respond to the Complaint.

Respectfully submitted,

Avant, Inc. d/b/a AvantCredit, Avant, LLC d/b/a AvantCredit, AvantCredit of Texas, LLC, d/b/a AvantCredit; and Avant of Illinois, LLC d/b/a AvantCredit

By:    /s/ Daniel P. Jackson
       One of its attorneys

Brian Ledebuhr
Daniel P. Jackson
Madeline V. Tzall
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 312 609 7500

Dated:  July 18, 2019

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2019, a copy of the foregoing was electronically filed in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.

*/s/ Daniel P. Jackson*